SARAH F. SUMNER et al., Appellants, *v.* MILTON P. SKINNER, et al., Respondents.

*Sumner* v. *Skinner*, 80 Hun, 201, affirmed.
(Argued April 29, 1896; decided May 26, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 8, 1894, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Circuit dismissing the complaint upon the merits.

*George L. Stedman* and *A. Page Smith* for appellants.

*James C. Bergen* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.

---

MAX DANZIGER, Appellant, *v.* CHARLES FALKENBERG et al., Respondents.

*Danziger* v. *Falkenberg*, 9 Misc. Rep. 705, affirmed.
(Argued April 29, 1896; decided May 26, 1896.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered September 1, 1894, which affirmed a judgment in favor of defendants entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Alfred Steckler* for appellant.

*Louis Cohen* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.